IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
J. WAYNE RAIFORD and B, T & R      *
ENTERPRISES, LLC,                  *
                                   *
     Plaintiffs,                   *
                                   *
     v.                            *
                                   *
NATIONAL HILLS EXHANGE, LLC;       *
SNELLVILLE CORSSING, LLC;          *       1:11-cv-152
RICHARD D. SWOPE; RONALD J.        *
DeTHOMAS; JAMES S. TIMBERLAKE;     *
THOMAS L. ABERNATHY; and STEVEN    *
E. GAUNTLEY,                       *
                                   *
     Defendants.                   *
                                   *
```

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **August 21, 2016**. Counsel for <u>Plaintiffs</u> shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website <u>www.gas.uscourts.gov</u> under "District Court"/"Court Forms". A party's failure to comply with the requirements hereof may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a paragraph

stating the date and location of the meeting, the duration of the meeting and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

All evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing by the close of business on **September 21, 2016**. All responses thereto shall be submitted by the close of business on **October 5, 2016**.

The Clerk of the Court has scheduled the pretrial conference for **Wednesday, October 19, 2016 at 10:00 a.m.**, and jury selection and trial assignment is scheduled for **Monday, October 24, 2016 at 9:00 a.m.** At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list must be provided to the Court at the pretrial conference. Lead counsel for each party must attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of June, 2016

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA